JUDGE ROBINSON
Case 7:08-cv-02151-SCR    Document 2    Filed 03/04/2008    Page 1 of 1
ORIGINAL

Steven M. Kaplan (SK 6909)
Scott A. Ziluck (SZ 4826)
KAPLAN & LEVENSON P.C.
Attorneys for Defendants
630 Third Avenue
New York, New York
(212) 983-6900



08 CV 2151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY MAURO, a shareholder, of Merchants
Advantage Corporation, Suing In Right of Merchants
Advantage Corporation,

                          Plaintiff,

                  - against -

STERLING NATIONAL BANK, a/k/a STERLING
FINANCIAL SERVICES, a/k/a STERLING BANK
CORP., JOHN GALLO and ARUN PATEL,

                        Defendants.
------------------------------------------------------------------X

RULE 7.1 **STATEMENT**

Case No.:

FILED
U.S. DISTRICT COURT
2008 MAR -4 AM 10:47
S.D. OF N.Y.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Sterling National Bank certifies that it is a private (non-governmental) party that is a wholly-owned subsidiary of Sterling Bancorp., a New York financial holding company regulated by the Federal Reserve Board.

Dated: New York, NY
        March 4, 2008

                                      KAPLAN & LEVENSON P.C.
                                      Attorneys for Petitioner
                                       Sterling National Bank
                                      630 Third Avenue
                                      New York, NY 10017
                                      212.983.6900

                                      By: _____
                                           Scott A. Ziluck (SZ-4826)

{00090582.1 / 1013-017}