# KAPLAN & LEVENSON P.C.

ATTORNEYS AT LAW

630 THIRD AVENUE
NEW YORK, NEW YORK 10017-6705

TEL: (212) 983-6900
FAX: (212) 983-9210
E-MAIL: kl@kaplev.com
WWW.KAPLEV.COM

NEW JERSEY OFFICE

433 HACKENSACK AVENUE
2ND FLOOR
HACKENSACK, NJ 07601
TEL: (201) 646-9400
FAX: (201) 646-9401

PAUL R. LEVENSON
(1955-2005)

March 27, 2008

<u>Via Facsimile (914.390.4179)</u>

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re: **Mauro v. Sterling National Bank, et al.**
    **Index No.: 08 CV ~~2157~~ 2151 (SCR) (MDF)**

Dear Judge Robinson:

This office represents the defendants in the above-referenced action. I write with the consent of all parties to respectfully request an adjournment of the return date of plaintiff's motion to remand this action to the Supreme Court of the State of New York, County of Westchester. The motion is currently returnable on April 11, 2008. In accordance with Rule II(A)(3) of Your Honor's Individual Practices, the parties respectfully request the following schedule for the motion: (a) defendants' opposition to the motion be served on or before April 11, 2008; (b) plaintiff's reply, if any, to be served on or before April 18, 2008; and (c) a return date of April 18, 2008, with oral argument to be scheduled for date convenient to the Court.

Respectfully,

Scott A. Ziluck (SZ-4826)

cc: Mario Biaggi Jr., Esq. (via facsimile)

**APPLICATION GRANTED**

*Stephen C. Robinson* — 3/28/08
HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
D...