# KAPLAN & LEVENSON P.C.

ATTORNEYS AT LAW

630 THIRD AVENUE
NEW YORK, NEW YORK 10017-6705

TEL: (212) 983-6900
FAX: (212) 983-9210
E-MAIL: KL@KAPLEV.COM
WWW.KAPLEV.COM

PAUL R. LEVENSON
(1955-2005)

NEW JERSEY OFFICE

433 HACKENSACK AVENUE
2ND FLOOR
HACKENSACK, NJ 07601
TEL: (201) 646-9400
FAX: (201) 646-9401

April 8, 2008

**Via Facsimile (914 390-4179)**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re:  **Mauro v. Sterling National Bank, et al.**
     **Index No.: 08 CV ~~2157~~ 2151 (SCR) (MDF)**

Dear Judge Robinson:

I represent the defendants in the above-referenced action. I write to respectfully request a three week adjournment of the briefing schedule on plaintiff's motion to remand this action to the Supreme Court of the State of New York. Defendants' opposition papers are currently due on Friday, April 11, 2008, with plaintiff's reply due on April 18, 2008, and the motion scheduled for oral argument on May 27, 2008. Defendants do not seek to adjourn the date for oral argument of the motion. Plaintiff does not consent to the application on the basis that he consented to the original schedule submitted to the Court.

The parties are engaged in active settlement negotiations and have exchanged a draft agreement. The additional time will allow the parties to focus their efforts on reaching a resolution of this and two other related matters without having to expend additional resources on motion practice which will be unnecessary if the parties settle. The proposed schedule should not have any impact on the ultimate resolution of this motion in the event that the parties are unsuccessful in their settlement discussions because the motion is not scheduled for oral argument until May 27th.

Respectfully,

Scott A. Ziluck (SZ-4826)

cc: Mario Biaggi Jr., Esq. (via facsimile)

*[Handwritten note:]* Defendants' opposition is due April 25, 2008. Plaintiff's reply is due May 2, 2008.

**APPLICATION GRANTED**

*Stephen C. Robinson* 4/7/08

HON. STEPHEN C. ROBINSION