# KAPLAN & LEVENSON P.C.

ATTORNEYS AT LAW

630 THIRD AVENUE
NEW YORK, NEW YORK 10017-6705

TEL: (212) 983-6900
FAX: (212) 983-9210
E-MAIL: KL@KAPLEV.COM
WWW.KAPLEV.COM

PAUL R. LEVENSON
(1955-2005)

NEW JERSEY OFFICE

433 HACKENSACK AVENUE
2ND FLOOR
HACKENSACK, NJ 07601
TEL: (201) 646-9400
FAX: (201) 646-9401

April 25, 2008

**Via Facsimile (914) 390-4179)**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re: **Mauro v. Sterling National Bank, et al.**
    **Index No.: 08 CV 2151 (SCR) (MDF)**

Dear Judge Robinson:

I represent the defendants in the above-referenced action. I with the consent of all parties to respectfully request a one week adjournment of the briefing schedule on plaintiff's motion to remand this action to the Supreme Court of the State of New York. Defendants' opposition papers are currently due today, with plaintiff's reply due on May 2, 2008, and the motion scheduled for oral argument on May 27, 2008. Defendants do not seek to adjourn the date for oral argument of the motion. The reason for this request is that the parties have reached a settlement in principal and are negotiating the final few terms of a comprehensive settlement agreement in this action (and two related actions). The parties expect to finalize a settlement agreement within the next couple of days and will advise the Court promptly. There was a prior application to adjourn this briefing schedule.

Respectfully,

Scott A. Ziluck (SZ-4826)

cc: Mario Biaggi Jr., Esq. (via facsimile)

{00090980.1 / 013-024}

*Defendants' opposition papers are due 5/2/08. Plaintiff's reply is due 5/9/08.*

**APPLICATION GRANTED**

Stephen C. Robinson
_____ 4/25/08
HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #:
DATE FILED: