Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY MAURO, a shareholder, of Merchants
Advantage Corporation, Suing In Right of Merchants
Advantage Corporation,

**STIPULATION OF DISMISSAL**

Case No. 08 CV 2151 (SCR)

Plaintiff,

- against -

STERLING NATIONAL BANK, a/k/a STERLING
FINANCIAL SERVICES, a/k/a STERLING BANK
CORP., JOHN GALLO and ARUN PATEL,

Defendants.
-----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, as follows:

1. The above-captioned action, and all of the parties' respective claims and counterclaims asserted in this action are hereby dismissed pursuant to Fed. R. Civ. P. 41, with prejudice, and without costs, attorneys' fees and/or sanctions to or against any party.

2. This Stipulation may be executed in counterparts and via facsimile, with facsimile signatures deemed original for all purposes.

Dated: New York, New York
May 20, 2008

Case Closed

KAPLAN & LEVENSON P.C.
Attorneys for Defendants
630 Third Avenue
New York, New York 10017
(212)983-6900

By: _____
Scott A. Ziluck (SZ-4826)

BIAGGI & BIAGGI, ESQS.
Attorneys for Plaintiff
220 Fifth Avenue, Suite 1702
New York, New York 10001
(212)233-8000

By: _____
Mario Biaggi, Jr. (MB    )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

{00091006.1 \ 1013-024}

So ORDERED:

DATED: May 27, 2008

_____
U.S.D.J